SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-2695
  Facsimile:  (408) 535-5066
  Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-70419-RS |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 8, 2007 TO SEPTEMBER 20, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| ERNST JOHN ROHDE, ) | |
|     Defendant. ) | |

    On August 8, 2007 the parties appeared for a hearing before this Court. At that hearing, the government requested an exclusion of time under the Speedy Trial Act based upon the government needs to prepare and provide voluminous discovery and defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government. At that time, the Court set the matter for a hearing on September 20, 2007.

    The parties stipulate that the time between August 8, 2007 and September 20, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1  that the ends of justice served by granting the requested continuance outweigh the best interest of
2  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
3  U.S.C. §3161(h)(8)(A).

5  DATED: August 8, 2007                    SCOTT N. SCHOOLS
                                            United States Attorney

7                                           ___/s/_____
                                            JEFFREY B. SCHENK
8                                           Assistant United States Attorney

10                                          ___/s/_____
                                            DAN BARTON
11                                          Attorney for Defendant

1  **<u>ORDER</u>**

2  Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3  ORDERS that the time between August 8, 2007 and September 20, 2007 is excluded under the
4  Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested
5  continuance would unreasonably deny defense counsel reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that
7  the ends of justice served by granting the requested continuance outweigh the best interest of the
8  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The
9  court therefore concludes that this exclusion of time should be made under 18 U.S.C.
10 §3161(h)(8)(A).

12 IT IS SO ORDERED.
13 DATED:                                                    _____
                                                             RICHARD SEEBORG
14                                                           UNITED STATES MAGISTRATE JUDGE