1  Diane de Seve (SBN 169941)

2  ## Nolan, Armstrong

3  ## & Barton, LLP

4  600 University Ave. \ Palo Alto, Ca. 94301
   Tel. (650) 326-2980  Fax (650) 326-9704

5  Attorney for Defendant
   Ernst Rohde

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,          )      NO. CR 07-70419 RS
                                       )
12              Plaintiff,             )      DECLARATION OF COUNSEL IN
                                       )      SUPPORT OF UNOPPOSED TRAVEL
13       v.                            )      REQUEST
                                       )
14  ERNST JOHN ROHDE,                  )
                                       )
15              Defendant.             )
    _____)

16

17

18       I, Diane de Seve, hereby declare:

19       1.      I am an attorney licensed to practice law before the courts of the State of

20  California and the Northern District of California, and an associate with Nolan, Armstrong &

21  Barton, LLP, counsel of record for defendant Ernst Rohde.

22       2.      Mr. Rohde is charged by Criminal Complaint with two counts of 18 U.S.C. §

23  2252(a)(2).  He is currently permitted to travel throughout the State of California and is

24  monitored by GPS through Pretrial Services.

25       3.      Mr. Rohde requests permission to make a six-day trip to Las Vegas, Nevada from

26  November 9, 2007 to November 15, 2007 with his wife and mother and father-in-law, who will

27  be visiting Mr. and Mrs. Rohde from the east coast.

28       4.      He plans to depart on November 9, 2007 and drive to Las Vegas returning on

Declaration in Support of Travel Order                   -1-

1   November 15, 2007.  He will be staying at Bally's Las Vegas located at 3645 Las Vegas Blvd.

2   South, Las Vegas, NV 89109.  The telephone number is (877)-603-4390.

3       5.    On October 12, 2007, I spoke with Anthony Granados from Pretrial Services (408-

4   535-5223) and he had no objection to permitting Mr. Rohde to travel to Las Vegas.

5       6.    On October 12, 2007, I spoke with Assistant United States Attorney Thomas

6   O'Connell (408-535-5053) and he stated that he had no objection to Mr. Rohde's travel request.

7       7.    Mr. Rohde has complied with all conditions of his pre-trial release and is in good

8   standing with pretrial services.

9       8.    For the above stated reasons, it is respectfully requested that Mr. Rohde be permitted

10  to travel as indicated above.

11

12      I declare under penalty of perjury that the foregoing is true and correct except for those

13  matters stated on information and belief and as to those matters I am informed and believe them

14  to be true.  Executed this 12 day of October, 2007 at Palo Alto, California.

15

16                                              Diane de Seve

17                                              Diane de Seve

18

19

20

21

22

23

24

25

26

27

28