IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>             Plaintiff,                        )<br>                                                       )<br>       v.                                          )<br>                                                       )<br>                                                       )<br>ERNST JOHN ROHDE,                 )<br>                                                       )<br>             Defendant.                    )<br>_____ ) | NO. CR 07-70419 RS<br><br>[PROPOSED] TRAVEL ORDER |

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Ernst John Rohde shall be allowed to leave the State of California on November 9, 2007 to travel to Las Vegas, Nevada, returning on November 15, 2007.

   It is further ordered that Mr. Rohde shall communicate with Pretrial Services before leaving and upon returning to the State of California, as directed by Pretrial Services.

   All other bond conditions shall remain the same.

   IT IS SO ORDERED.


DATED: _____


                                                                      _____
                                                                      Honorable Richard Seeborg
                                                                      United States District Court

[Proposed] Travel Order                                    -1-