PROPOSED ORDER/COVER SHEET

TO:    Honorable Richard Seeborg      RE:   Ernst Rohde
       U.S. Magistrate Judge

FROM:  Claudette M. Silvera, Chief    DOCKET NO.:  CR07-70419 RS
       U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                      (408) 535-5223
U.S. Pretrial Services Officer        TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

FILED
JAN 14 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
  A.
  B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☒ Other Instructions:
The defendant may reside in his Southern California residence only after his sister-in-law is advised of the charges pending against him or after the minor children are no longer living at the residence.

_____       1-14-08
JUDICIAL OFFICER                      DATE

Cover Sheet (12/03/02)